UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dorothy Ambroz, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Indevus Pharmaceuticals, Inc., et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 04-11093 GAO<br>)<br>)<br>)<br>) |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.

Dated:  June 12, 2004                 /s/ Janice W. Howe
                                      William A. McCormack  BBO #329580
                                      Janice W. Howe BBO #242190
                                      David Yamin BBO #562216
                                      Bingham McCutchen LLP
                                      150 Federal Street
                                      Boston, MA  02110
                                      (617) 951-8000
                                      *Counsel for Defendants Wyeth and*
                                      *Wyeth Pharmaceuticals, Inc.*

LITDOCS/555898.1