UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOROTHY AMBROZ; VALETTA ANSLEY;         :
JEANNETTE BAKER; RITA BARNES; VINCE     :
BASILE; PALMA BENNETT; JOAN BENSON;     :
ILLA MAE DANNAT; CONNIE DE SOTEL;       :
PATTI DIEHL; DIANNA DRAPER; OLINE       :
FORCH; HILDA GARCIA; LINDA              :
HEYSINGER; JOANNE HOLMES; EVELYN        :
HUMPHREY; WALTER KNIPPER; SHARON        :
KORNEGAY; EDYTHE KROON; CHERYL          :
KRZMARZIC,                              :
                                        :
        Plaintiffs                      :   Civil Action
v.                                      :   No. 04-11093-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
        Defendants                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**<u>NOTICE OF APPEARANCE</u>**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.