UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DOROTHY AMBROZ; VALETTA ANSLEY;
JEANNETTE BAKER; RITA BARNES; VINCE
BASILE; PALMA BENNETT; JOAN BENSON;
ILLA MAE DANNAT; CONNIE DE SOTEL;
PATTI DIEHL; DIANNA DRAPER; OLINE
FORCH; HILDA GARCIA; LINDA
HEYSINGER; JOANNE HOLMES; EVELYN
HUMPHREY; WALTER KNIPPER; SHARON
KORNEGAY; EDYTHE KROON; CHERYL
KRZMARZIC,

   Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11093-GAO

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

   Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc.

("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware

Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of

its stock.

Dated:  August 27, 2004
      Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800


Counsel for Defendant
Indevus Pharmaceuticals, Inc.